# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LILIANNA NAKHLEH,**
Appellant,

v.

**U.S. BANK TRUST, N.A.,**
Appellee.

No. 4D2022-2698

[November 30, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gunderson, Judge; L.T. Case No. CACE19008143.

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale, for appellant.

Adam A. Diaz of Diaz Anselmo & Associates P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***